```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 18816
    KIMBERLY E SAFFORD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5374


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/12/2007 and was not confirmed.

     The case was dismissed without confirmation 01/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED            50.00         .00           .00
AARONS RENTAL             SECURED             367.50         .00           .00
AARONS RENTAL             SECURED            1110.50         .00           .00
AARONS RENTAL             SECURED            2180.13         .00           .00
CHICAGO AREA OFFICE FED   SECURED VEHIC     11850.00         .00           .00
CHICAGO FEDERAL CREDIT U  UNSECURED         NOT FILED        .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          11237.60         .00           .00
ALLIED DATA CORP          NOTICE ONLY       NOT FILED        .00           .00
AMERICAN GENERAL FINANCE  UNSECURED          2924.47         .00           .00
AMERICAN GENERAL FINANCE  NOTICE ONLY       NOT FILED        .00           .00
ROUNDUP FUNDING LLC       UNSECURED          1165.66         .00           .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED        .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          2745.26         .00           .00
AT&T                      UNSECURED         NOT FILED        .00           .00
BARONS CREDITORS SERVICE  UNSECURED         NOT FILED        .00           .00
BEN BHANDARI ASTERIA AVA  UNSECURED         NOT FILED        .00           .00
CASH MART                 NOTICE ONLY       NOT FILED        .00           .00
CB USA INC                UNSECURED         NOT FILED        .00           .00
CHECK & GO                UNSECURED         NOT FILED        .00           .00
ARCHER HEIGHTS CREDIT UN  UNSECURED         10933.19         .00           .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED        .00           .00
COLUMBIA HOUSE            UNSECURED         NOT FILED        .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED        .00           .00
FFCC-COLUMBUS INC         UNSECURED         NOT FILED        .00           .00
ILLINOIS LENDING CORP     UNSECURED         NOT FILED        .00           .00
INSTANT CASH ADVANCE      UNSECURED         NOT FILED        .00           .00
INVESTIGATION & RECOVERY  UNSECURED         13683.00         .00           .00
VICTOR SKADAUSKI          NOTICE ONLY       NOT FILED        .00           .00
KEITH S SHINDLER          NOTICE ONLY       NOT FILED        .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY       NOT FILED        .00           .00
MORGEN & ERL              NOTICE ONLY       NOT FILED        .00           .00
NATIONWIDE LOANS LIMITED  UNSECURED           798.57         .00           .00
NCO FIN/99                NOTICE ONLY       NOT FILED        .00           .00
PARAGON WAY INC           NOTICE ONLY       NOT FILED        .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18816 KIMBERLY E SAFFORD
```

```
PRANEETH PURIMETLA        UNSECURED       NOT FILED              .00           .00
STANDARD PARKING          UNSECURED       NOT FILED              .00           .00
SURETY FINANCIAL SERVICE  UNSECURED       NOT FILED              .00           .00
TEX COLLECTION AGENCY     UNSECURED       NOT FILED              .00           .00
WORLD FINANCIAL NETWORK   UNSECURED        1062.54               .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         494.57               .00           .00
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY     2,730.00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                      ---------------     ---------------
TOTALS                      .00                       .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/23/08           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE